IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

FILED
2008 AUG 19 PM 4:06
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

GIANT MERCHANDISING,

    Plaintiff,

v.

JOHN DOES 1-100, et al.,

    Defendants.

NO. C93-2288 TEH

ORDER REQUIRING FURTHER DECLARATION

The Court is in receipt of an application from Plaintiff's counsel to obtain return of the $10,000 cash bond deposited by Plaintiff in this case on June 17, 1993. Following Plaintiff's voluntary dismissal, this case was closed on September 22, 1993. Thus, it appears that return of the bond is warranted.[1]

However, Plaintiff's counsel seeks to have the funds returned by check payable to counsel, and it is not clear to the Court that the funds should be returned to counsel rather than to Plaintiff. Accordingly, IT IS HEREBY ORDERED that Plaintiff's counsel shall submit a declaration, under penalty of perjury, explaining whether counsel or Plaintiff itself originally deposited the funds and discussing why counsel is the proper payee of the check returning the deposited funds. Such declaration shall be filed within seven calendar days of the date of this order.

**IT IS SO ORDERED.**

Dated: 8/19/08

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] It is unclear to the Court why counsel waited nearly fifteen years to request return of the bond, but the reason for such delay does not appear relevant to Plaintiff's entitlement to return of the deposited funds.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GIANT MERCHANDISING,

    Plaintiff,

v.

JOHN DOE, et al,

    Defendant.

Case Number: CV93-02288 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cara R. Burns
Hicks Mims Kaplan & Burns
2800 28th Street, Ste 300
Santa Monica, CA 90405

Dated: August 19, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk