IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIANT MERCHANDISING,

             Plaintiff,

    v.

JOHN DOES 1-100, et al.,

             Defendants.

NO. C93-2288 TEH

ORDER RELEASING BOND

On August 19, 2008, this Court explained that Plaintiff's counsel's request to obtain return of the $10,000 cash bond deposited by Plaintiff in this case on June 17, 1993, appeared proper, but that Plaintiff's counsel failed to justify return of such funds to counsel rather than to Plaintiff. As ordered by the Court, Plaintiff's counsel filed timely supplemental declarations to support her request on August 24, 2008.

Upon consideration of these declarations, the Court finds good cause to return the funds to Plaintiff's counsel. Accordingly, the Clerk shall return the $10,000 cash bond, along with any interest such funds accrued and less any fees incurred, by check payable to Cara R. Burns; Hicks, Mims, Kaplan & Burns; 2800 28th Street, Suite 300; Santa Monica, California 90405.

**IT IS SO ORDERED.**

Dated: 08/25/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT